| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
October 12, 2016
David J. Bradley, Clerk

REMI CHIDI NWAOGU, §
    Petitioner, §
§
versus § CIVIL ACTION 4:16-CV-00528
§
LORIE DAVIS, §
Director of the Texas Department of Criminal §
Justice - Correctional Institutions Division, §
    Respondent. §

## Order of Adoption

On September 8, 2016, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (Dkt. 12) to which the petitioner objected (Dkt. 13). After considering the record and the law, the court overrules the objections and adopts the memorandum and recommendation as its memorandum and opinion. The petition is dismissed with prejudice as time-barred. The court will issue a separate final judgment.

Signed October 12, 2016, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge